# IN RE McNEAL.

PATENTS; PATENTABILITY.

In an application for a patent for an improvement in a disintegrator of
    sand, the decision of the Commissioner of Patents holding that it did
    not involve invention to so arrange a sprocket chain as to revolve
    the rollers in the same direction at different velocities was affirmed.

No. 1155. Patent Appeals. Submitted March 13, 1918. Decided April 1,
    1918.

HEARING on an appeal from a decision of the Commissioner
of Patents rejecting a claim in an application for a patent.

                                 *Affirmed.*

The facts are stated in the opinion.

*Mr. Percy H. Moore* for the appellant.

*Mr. Theodore A. Hostetler* for the Commissioner of Patents.

Mr. Justice VAN ORSDEL delivered the opinion of the Court:

This appeal is from the decision of the Commissioner of
Patents rejecting the following claim:

"1. In a disintegrator for sand, the combination of the hop-
per, two rollers secured in the framework of the hopper, shafts
upon which said rollers are mounted journaled in such frame-
work, two sprocket wheels different in diameter, mounted on
said shafts, and a sprocket chain connecting said sprocket
wheels, the hopper in which said shafts are journaled, and the
belt connecting one of the shafts with the operating machinery
of an engine, substantially as and for the purpose specified."

Two references are cited,—one a German patent to one Gomez,
and the other a patent to one Hovendick. The elements of the
claim are present in the Hovendick device. The claim, it will

be observed, does not specify that the rollers revolve in the same direction, but, in his specification, appellant describes the rollers as "revolving in the same direction but at different velocities." The rollers in Hovendick's device revolve in opposite directions; but it was held, and properly so, that it did not involve invention to so arrange the sprocket chain as to revolve the rollers in the same direction at different velocities. Indeed, the patent to Gomez was inserted to demonstrate the old expedient of so arranging the sprocket chain as to drive the rollers in the same direction.

The decision of the Commissioner of Patents is affirmed, and the clerk is directed to certify these proceedings as by law required.                                        *Affirmed.*

Mr. Justice McCoy, of the supreme court of the District of Columbia, sat with the court in the hearing and determination of this appeal, in the place of Mr. Justice ROBB.